IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES FLOYD THOMPSON,

    Plaintiff,

v.                                                     Case No. 3:07-cv-163/LAC/EMT

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.
_____/

**O R D E R**

    Upon consideration of the Orders of the Magistrate Judge entered on June 21, 2007, and July 11, 2007, and after reviewing Plaintiff's appeal therefrom (doc. 13), pursuant to 28 U.S.C. §636(b)(1)(A) and Fed. R. Civ. P. 72(a), the Court determines that the Orders are neither clearly erroneous nor contrary to law.

    Accordingly, it is now ORDERED as follows:

    The appeal is **DENIED**, and this case shall be returned to the Magistrate Judge for further proceedings.

    **ORDERED** on this 10th day of August, 2007.

                                                    s/ *L.A. Collier*
                                                    Lacey A. Collier
                                              Senior United States District Judge