IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES FLOYD THOMPSON,
     Plaintiff,

vs.                             Case No.: 3:07cv163/LAC/EMT

FEDERAL BUREAU OF PRISONS, et al.,
     Defendants.
_____/

## O R D E R

     This cause is before the court on Plaintiff's Motion to Proceed In Forma Pauperis on Appeal (Doc. 23). Plaintiff filed a notice of appeal (Doc. 15) of the order issued by this court on August 10, 2007 (Doc. 14) denying Plaintiff's appeal of the orders of the magistrate judge entered on June 21, 2007 and July 11, 2007 (Docs. 8, 10). Plaintiff is being permitted to proceed in forma pauperis in this civil rights action in this district court and now seeks leave to proceed in forma pauperis on appeal (Doc. 23).

     Pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a), this court hereby certifies that this appeal is not taken in good faith, and Plaintiff is not entitled to proceed in forma pauperis on appeal. The reason for this court's decision is that the district court's August 10, 2007 order denying relief from the magistrate judge's orders directing Plaintiff to file an amended complaint is not an immediately appealable final order.

     Accordingly, it is **ORDERED**:

     Plaintiff's motion for leave to proceed in forma pauperis on appeal (Doc. 23) is **DENIED**,

and he is directed to pay the full appellate filing fee of $455.00 within **THIRTY (30) DAYS** from the date of docketing of this order.

  **DONE AND ORDERED** this 17th day of September, 2007.

            s/*L.A. Collier*
            **LACEY A. COLLIER**
            **SENIOR UNITED STATES DISTRICT JUDGE**